# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 16-00020-CG |
| | ) | |
| BUFORD DELAINE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the Court on the United States' Motion to Dismiss Indictment (Doc. 255), in which the United States moves to dismiss the Indictment currently pending against the Defendant on the grounds that she has successfully completed the Pretrial Diversion Program.

After due consideration and pursuant to Fed.R.Crim.P. 48(a), the Court finds that the United States' motion is due to be and is hereby **GRANTED**. All charges currently pending in the Indictment filed on January 27, 2016 against Defendant, Buford Delaine Davis, are hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 24th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE